UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD MEDOFF, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS CAREMARK CORPORATION, THOMAS M. RYAN, DAVID RICKARD, HOWARD McCLURE,<br><br>Defendants. | Civil Action No. 09-554-S<br><br>STIPULATION REGARDING SCHEDULING |

WHEREAS, on November 17, 2009, Plaintiff, Richard Medoff, commenced the above-captioned action by filing a complaint on behalf of a putative class of purchasers of CVS Caremark Corporation securities under the federal securities laws;

WHEREAS, defendants' time to respond to the complaint currently expires on December 8, 2009;

WHEREAS, the parties believe that it will be necessary for plaintiffs to file a superseding amended complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiffs and defendants as follows:

1. Defendants shall not be required to respond to the complaint filed by plaintiff Richard Medoff.

2. Plaintiffs shall have 45 days following the entry of an order appointing lead plaintiff and lead plaintiff's counsel to file a superseding amended complaint.

3. Defendants shall have 45 days thereafter to answer, or otherwise respond to, the amended complaint.

4. If defendants move to dismiss the amended complaint, plaintiffs shall have 45 days thereafter to file opposition papers.

5. Reply papers in further support of any such motion to dismiss shall be filed by defendants 30 days after opposition papers are filed.

6. By entering into this stipulation, the parties do not waive any procedural or substantive rights.

Dated: Providence, Rhode Island
December  4 , 2009

                                                RICHARD MEDOFF
By his Attorney,

/s/ Barry J. Kusinitz
Barry J. Kusinitz #1404

BOISSEAU & DEAN LLP
155 S. Main Street
Suite 405
Providence, RI  02903
Tel.: (401) 831-4200

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY  11747
Tel.: (631) 367-7100

1018304

LAW OFFICES OF BERNARD M. GROSS, P.C.
Deborah R. Gross
Robert P. Frutkin
Suite 450, John Wanamaker Building
100 Penn Square East
Philadelphia, PA  19107
Te.: (215) 561-3600

*Attorneys For Plaintiffs*


CVS CAREMARK CORPORATION,
THOMAS M. RYAN, DAVID
RICKARD, HOWARD McCLURE
By their Attorneys,

/s/  William R. Grimm
_____
William R. Grimm #1938
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail:  wgrimm@haslaw.com

DAVIS POLK & WARDWELL LLP
Lawrence Portnoy
Edmund Polubinski III
450 Lexington Avenue
New York, New York  10017
Tel.: (212) 450-4000

*Attorneys For Defendants*

SO ORDERED


_____
                  U.S.D.J.

December ___, 2009


1018304