UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD MEDOFF, Individually and On Behalf Of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>CVS CAREMARK CORPORATION, THOMAS M. RYAN, DAVID RICKARD and HOWARD McCLURE,<br><br>                      Defendants. | Civil Action No. 1:09-cv-00554-S-DLM<br><br>NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL |

PLEASE TAKE NOTICE that Institutional Investors City of Brockton Retirement System, Plymouth County Retirement System, and Norfolk County Retirement System (collectively, the "Massachusetts Retirement Systems") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing the Massachusetts Retirement Systems as Lead Plaintiff; (ii) approving the Massachusetts Retirement Systems's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Labaton Sucharow LLP to serve as Lead Counsel and the law firm of Boisseau & Dean LLP to serve as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Massachusetts Retirement Systems submit herewith a Memorandum of Law and Declaration of Barry J. Kusinitz, dated January 19, 2010.

DATED: January 19, 2010         BOISSEAU & DEAN LLP
                                BARRY J. KUSINITZ (NO. 1404)


                                    /s/ *Barry J. Kusinitz*
                                BARRY J. KUSINITZ

                                155 South Main Street, Suite 405
                                Providence, Rhode Island  02903
                                Telephone:  401/831-4200
                                401/831-7053 (fax)

                                [Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  631/367-7100
631/367-1173 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
ALAN I. ELLMAN
STEFANIE J. SUNDEL
140 Broadway
New York, NY 10005
Telephone:  212/907-0700
212/818-0477 (fax)

[Proposed] Lead Counsel

## CERTIFICATE OF SERVICE

I, Barry J. Kusinitz, hereby certify that on January 19, 2010, I caused a true and correct copy of the attached:

> Notice of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel;
>
> Memorandum in Support of the Motion of the Massachusetts Retirement Systems for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel; and
>
> Declaration of Barry J. Kusinitz in Support of the Motion of the Massachusetts Retirement Systems for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ Barry J. Kusinitz*
Barry J. Kusinitz

CVS CAREMARK

Service List - 1/19/2010    (09-0213)

Page 1 of 1

**Counsel For Defendant(s)**

William R. Grimm
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
   401/274-2000
   401/277-9600 (Fax)

**Counsel For Plaintiff(s)**

Barry J. Kusinitz
Attorney at Law
155 South Main Street, Suite 405
Providence, RI  02903
   401/831-4200
   401/831-7053 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Christopher J. Keller
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY  10005
   212/907-0700
   212/818-0477 (Fax)

Deborah R. Gross
Robert P. Frutkin
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA  19107
   215/561-3600
   215/561-3000 (Fax)