UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

―――――――――――――――――――― x
RICHARD MEDOFF, Individually and On : Civil Action No. 1:09-cv-00554-S-DLM
Behalf Of All Others Similarly Situated, :
: ORDER APPOINTING LEAD PLAINTIFF
     Plaintiff, : AND APPROVING SELECTION OF LEAD
: AND LIAISON COUNSEL
 vs. :
:
CVS CAREMARK CORPORATION, :
THOMAS M. RYAN, DAVID RICKARD and :
HOWARD McCLURE, :
:
     Defendants. :
:
―――――――――――――――――――― x

Having considered the Motion of City of Brockton Retirement System, Plymouth County Retirement System, and Norfolk County Retirement System (collectively, the "Massachusetts Retirement Systems") for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel and the Memorandum of Law and Declaration of Barry J. Kusinitz, in support thereof, and good cause appearing therefore:

1. The Massachusetts Retirement Systems are hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Labaton Sucharow LLP are hereby appointed Lead Counsel and Barry J. Kusinitz is hereby appointed Liaison Counsel.

IT IS SO ORDERED.

DATED: 3-1-10

*/s/ David L. Martin*
THE HONORABLE DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE