UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

———————————————— x
RICHARD MEDOFF, Individually and On : Civil Action No. 1:09-cv-00554-S-DLM
Behalf Of All Others Similarly Situated, :
  :
           Plaintiff, : JOINT STIPULATION TO MODIFY
  : SCHEDULE
vs. :
  :
CVS CAREMARK CORPORATION, :
THOMAS M. RYAN, DAVID RICKARD, and :
HOWARD McCLURE, :
  :
           Defendants. :
———————————————— x

    WHEREAS, by Orders entered December 10, 2009 and March 1, 2010, the parties are subject to the following deadlines: (i) Lead Plaintiffs' consolidated amended complaint is due April 15, 2010, (ii) defendants' motion(s) to dismiss, if any, is due 45 days after the filing of the consolidated amended complaint, (iii) Lead Plaintiffs' opposition to any motion(s) to dismiss is due 45 days after the motion(s) is filed, and (iv) Defendants' reply papers are due 30 days after the opposition is filed;

    WHEREAS, Lead Plaintiffs' counsel's office building sustained damage due to severe weather and was closed for over two weeks during which time Lead Plaintiffs' counsel did not have access to the building; and

    WHEREAS, no other extension of time has been sought;

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Lead Plaintiffs and defendants as follows:

1. Lead Plaintiffs shall file a consolidated amended complaint on or before Monday, May 3, 2010.

2. Defendants shall answer, or otherwise respond, to the consolidated amended complaint on or before Friday, July 2, 2010.

3. Lead Plaintiffs shall file an opposition to any motion(s) to dismiss on or before Friday September 3, 2010.

4. Defendants shall file reply papers in further support of any motion(s) to dismiss by Monday, October 4, 2010.

DATED: April 1, 2010

| | |
|---|---|
| WILLIAM R. GRIMM (No. 1938) | BARRY J. KUSINITZ (No. 1404) |
| /s/ *William R. Grimm* | /s/ *Barry J. Kusinitz* |
| HINCKLEY, ALLEN & SYNDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, Rhode Island 02903<br>Telephone: 401/274-2000<br>Facsimile: 401/277-9600 | BOISSEAU & DEAN LLP<br>155 South Main Street, Suite 405<br>Providence, Rhode Island 02903<br>Telephone: 401/831-4200<br>Facsimile: 401/831-7053 |
| DAVIS POLK & WARDWELL LLP<br>Lawrence Portnoy<br>Edmund Polubinski III<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: 212/450-4000 | *Liaison Counsel*<br><br>LABATON SUCHAROW LLP<br>Joseph A. Fonti<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212/907-0700<br>212/818-0477 (fax) |
| *Attorneys for Defendants* | COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Robert Rothman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax) |
| | *Lead Counsel* |

SO ORDERED

_____

DATED: