UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD MEDOFF,
    Plaintiff,

v.                                                          CA 09-554 S

CVS CAREMARK CORPORATION,
ET AL.,
    Defendants.

**ORDER**

This case is hereby referred to the District of New Hampshire for assignment to a judge in that District sitting by designation.

This matter does not give rise to an "emergency" with respect to the referred case pursuant to 28 U.S.C. §636(f). The assigned Magistrate Judge for the District of Rhode Island will continue to perform the duties specified in 28 U.S.C. §636(a)-(c).

SO ORDERED.

ENTER:

_____
United States District Judge
William E. Smith
date: 1/21/11