# United States Court of Appeals
## For the First Circuit

No. 12-1900

MASSACHUSETTS RETIREMENT SYSTEMS, Lead Plaintiff; CITY OF BROCKTON RETIREMENT SYSTEM; PLYMOUTH COUNTY RETIREMENT SYSTEM; NORFOLK COUNTY RETIREMENT SYSTEM

Plaintiffs - Appellants

RICHARD MEDOFF, individually and on behalf of all others similarly situated

Plaintiff

v.

CVS CAREMARK CORPORATION; THOMAS M. RYAN; DAVID RICKARD; HOWARD MCCLURE

Defendants - Appellees

**MANDATE**

Entered: June 17, 2013

In accordance with the judgment of May 24, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
William L. Chapman
Michael J. Connolly
Mitchell R. Edwards
Joseph Alberto Fonti
Jessica Kate Foschi
William Richard Grimm
Deborah R. Gross
Serena Pia Hallowell

Barry Jay Kusinitz
Edmund Polubinski III
Lawrence Portnoy
David Avi Rosenfeld
Robert Michael Rothman
Samuel Howard Rudman
Jason M. Spitalnick
Douglas S. Wilens