# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD MEDOFF, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) | No. 1:09-cv-00554-JNL-PAS |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | NOTICE OF CO-LEAD PLAINTIFFS' ASSENTED TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| CVS CAREMARK CORPORATION, et al., | ) ) | |
| Defendants. | ) ) ) | |

- 1 -

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE, that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior proceedings had herein, Co-Lead Plaintiffs, by and through their counsel, hereby move the Court, before the Honorable Joseph N. Laplante, United States District Judge, at the United States District Court for the District of New Hampshire, 55 Pleasant Street, Concord, New Hampshire 03301-3941, pursuant to Federal Rule of Civil Procedure 23(e), for an order granting preliminary approval of the proposed settlement of this class action, certifying the Class for settlement purposes, and approving the form and method of notifying Class Members of the Settlement and their rights with respect thereto.  Pursuant to Local Rule 7.1(c), Co-Lead Plaintiffs certify that they have the concurrence of Defendants and therefore this motion is "assented to" and can be resolved without a hearing.

DATED:  September 14, 2015            Respectfully submitted,

BARRY J. KUSINITZ (RI Bar No. 1404)

*s/ Barry J. Kusinitz*
BARRY J. KUSINITZ

155 South Main Street, Suite 405
Providence, RI  02903
Telephone:  401/831-4200
401/831-7053 (fax)
bkusinitz@bdglawyers.com

Liaison Counsel

- 1 -

1074013_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
CHRISTOPHER M. BARRETT
ANDREW L. SCHWARTZ
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
eboardman@rgrdlaw.com
cbarrett@rgrdlaw.com
aschwartz@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT J. ROBBINS
BAILIE L. HEIKKINEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
bheikkinen@rgrdlaw.com

LABATON SUCHAROW LLP
JONATHAN GARDNER
SERENA HALLOWELL
CHRISTINE M. FOX
GUILLAUME BUELL
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jfonti@labaton.com
shallowell@labaton.com
cfox@labaton.com
gbuell@labaton.com

Co-Lead Counsel for Plaintiffs

- 1 -

## CERTIFICATE OF SERVICE

I, Barry J. Kusinitz, hereby certify that on September 14, 2015, I caused a true and correct copy of the attached:

NOTICE OF CO-LEAD PLAINTIFFS' ASSENTED TO MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

>  */s/ Barry J. Kusinitz*
>  BARRY J. KUSINITZ

# Mailing Information for a Case 1:09-cv-00554-JNL-PAS Medoff v. CVS Caremark Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher M. Barrett**
  cbarrett@rgrdlaw.com

- **David K. Baumgarten**
  dbaumgarten@wc.com

- **Matthew H. Blumenstein**
  mblumenstein@wc.com

- **Erin W. Boardman**
  eboardman@rgrdlaw.com

- **Guillaume Buell**
  gbuell@labaton.com

- **Mitchell R. Edwards**
  medwards@hinckleyallen.com,dfalcoa@hinckleyallen.com

- **Steven M. Farina**
  sfarina@wc.com

- **Christine M. Fox**
  cfox@labaton.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Jonah H. Goldstein**
  jgoldstein@rgrdlaw.com

- **William R. Grimm**
  wgrimm@hinckleyallen.com,mconnolly@hinckleyallen.com,achristiansen@hinckleyallen.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Serena P. Hallowell**
  shallowell@labaton.com,jgardner@labaton.com,cvillegas@labaton.com,cfox@labaton.com,egottlieb@labaton.com,gbuell@labaton.com,echan-lee@labaton.com,lmehringer@labaton.com,acoquin@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com,agreenbaum@labaton.com,electroniccasefiling@labaton.com

- **Bailie L. Heikkinen**
  bheikkinen@rgrdlaw.com

- **Margaret A. Keeley**
  mkeeley@wc.com

- **Barry J. Kusinitz**
  bkusinitz@bdglawyers.com

- **Leslie C. Mahaffey**
  lmahaffey@wc.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David A. Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Katherine M. Turner**
  kturner@wc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`