UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD MEDOFF, Individually and On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>                Defendants. | No. 1:09-cv-00554-JNL-PAS<br><br><u>CLASS ACTION</u><br><br>CO-LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION |

1098655_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 19, 2016, at 10:00 a.m., at the United States District Court for the District of New Hampshire, 55 Pleasant Street, Courtroom 2, Concord, New Hampshire, or as soon thereafter as counsel may be heard before the Honorable Joseph N. Laplante, United States District Judge, Co-Lead Plaintiffs will and hereby do move for orders and/or judgment finally approving the settlement of this class action and dismissing the Litigation with prejudice and approving the Plan of Allocation.  Co-Lead Plaintiffs' motion is based upon the Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation, the Joint Declaration of Robert M. Rothman and Jonathan Gardner, the Declarations of Co-Lead Plaintiffs submitted in support thereof, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Co-Lead Plaintiffs' application or at the hearing on Co-Lead Plaintiffs' motion.

DATED:  December 15, 2015                Respectfully submitted,

BARRY J. KUSINITZ (RI Bar No. 1404)


               */s/ Barry J. Kusinitz*
               BARRY J. KUSINITZ

155 South Main Street, Suite 405
Providence, RI  02903
Telephone:  401/831-4200
401/831-7053 (fax)
bkusinitz@bdglawyers.com

Liaison Counsel

- 1 -

1098655_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
CHRISTOPHER M. BARRETT
ANDREW L. SCHWARTZ
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
eboardman@rgrdlaw.com
cbarrett@rgrdlaw.com
aschwartz@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT J. ROBBINS
BAILIE L. HEIKKINEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
bheikkinen@rgrdlaw.com

- 3 -

LABATON SUCHAROW LLP
JONATHAN GARDNER
SERENA HALLOWELL
CHRISTINE M. FOX
GUILLAUME BUELL
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jgardner@labaton.com
shallowell@labaton.com
cfox@labaton.com
gbuell@labaton.com

Co-Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Barry J. Kusinitz, hereby certify that on December 15, 2015, I caused a true and correct copy of the attached:

CO-LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                  */s/ Barry J. Kusinitz*
                                                  BARRY J. KUSINITZ

## Mailing Information for a Case 1:09-cv-00554-JNL-PAS Medoff v. CVS Caremark Corporation et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher M. Barrett**
  cbarrett@rgrdlaw.com

- **David K. Baumgarten**
  dbaumgarten@wc.com

- **Matthew H. Blumenstein**
  mblumenstein@wc.com

- **Erin W. Boardman**
  eboardman@rgrdlaw.com

- **Guillaume Buell**
  gbuell@labaton.com

- **Mitchell R. Edwards**
  medwards@hinckleyallen.com,dfalcoa@hinckleyallen.com

- **Steven M. Farina**
  sfarina@wc.com

- **Christine M. Fox**
  cfox@labaton.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Jonah H. Goldstein**
  jgoldstein@rgrdlaw.com

- **William R. Grimm**
  wgrimm@hinckleyallen.com,mconnolly@hinckleyallen.com,achristiansen@hinckleyallen.com

- **Deborah R. Gross**
  DGross@kcr-law.com,JHannigan@kcr-law.com

- **Serena P. Hallowell**
  shallowell@labaton.com,cvillegas@labaton.com,egottlieb@labaton.com,acoquin@labaton.com,agreenbaum@labaton.com,electroniccasefiling@labaton.com,cfox@lab
  lee@labaton.com,gbuell@labaton.com,lmehringer@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com,ewierzbowski@labaton.com

- **Bailie L. Heikkinen**
  bheikkinen@rgrdlaw.com

- **Margaret A. Keeley**
  mkeeley@wc.com

- **Barry J. Kusinitz**
  bkusinitz@bdglawyers.com

- **Leslie C. Mahaffey**
  lmahaffey@wc.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David A. Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Katherine M. Turner**
  kturner@wc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`