UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD MEDOFF, Individually and On Behalf Of All Others Similarly Situated, | ) ) ) | No. 1:09-cv-00554-JNL-PAS |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES |
| CVS CAREMARK CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

1098715_1

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 19, 2016, at 10:00 a.m., at the United States District Court for the District of New Hampshire, 55 Pleasant Street, Courtroom 2, Concord, New Hampshire, or as soon thereafter as counsel may be heard before the Honorable Joseph N. Laplante, United States District Judge, Lead Counsel will and hereby do move for an order awarding Lead Counsel attorneys' fees of 30% of the Settlement Fund plus expenses incurred in this class action. Lead Counsel's motion is based upon the Memorandum of Law in Support of Lead Counsel's Application for an Award of Attorneys' Fees and Expenses, the Joint Declaration of Robert M. Rothman and Jonathan Gardner, the Declarations of counsel and Co-Lead Plaintiffs submitted in support thereof, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Lead Counsel's application or at the hearing on Lead Counsel's motion.

DATED:  December 15, 2015                    Respectfully submitted,

                                             BARRY J. KUSINITZ (RI Bar No. 1404)


                                             _/s/ Barry J. Kusinitz_
                                             BARRY J. KUSINITZ

                                             155 South Main Street, Suite 405
                                             Providence, RI  02903
                                             Telephone:  401/831-4200
                                             401/831-7053 (fax)
                                             bkusinitz@bdglawyers.com

                                             Liaison Counsel

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
CHRISTOPHER M. BARRETT
ANDREW L. SCHWARTZ
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
eboardman@rgrdlaw.com
cbarrett@rgrdlaw.com
aschwartz@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT J. ROBBINS
BAILIE L. HEIKKINEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
rrobbins@rgrdlaw.com
bheikkinen@rgrdlaw.com

1098715_1

- 3 -

LABATON SUCHAROW LLP
JONATHAN GARDNER
SERENA HALLOWELL
CHRISTINE M. FOX
GUILLAUME BUELL
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jgardner@labaton.com
shallowell@labaton.com
cfox@labaton.com
gbuell@labaton.com

Co-Lead Counsel for Plaintiffs

1098715_1

- 1 -

CERTIFICATE OF SERVICE

I, Barry J. Kusinitz, hereby certify that on December 15, 2015, I caused a true and correct

copy of the attached:

LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND EXPENSES

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send

notification of such public filing to all counsel registered to receive such notice.


_/s/ Barry J. Kusinitz_
BARRY J. KUSINITZ

- 1 -

**Mailing Information for a Case 1:09-cv-00554-JNL-PAS Medoff v. CVS Caremark Corporation et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher M. Barrett**
  cbarrett@rgrdlaw.com

- **David K. Baumgarten**
  dbaumgarten@wc.com

- **Matthew H. Blumenstein**
  mblumenstein@wc.com

- **Erin W. Boardman**
  eboardman@rgrdlaw.com

- **Guillaume Buell**
  gbuell@labaton.com

- **Mitchell R. Edwards**
  medwards@hinckleyallen.com,dfalcoa@hinckleyallen.com

- **Steven M. Farina**
  sfarina@wc.com

- **Christine M. Fox**
  cfox@labaton.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Jonah H. Goldstein**
  jgoldstein@rgrdlaw.com

- **William R. Grimm**
  wgrimm@hinckleyallen.com,mconnolly@hinckleyallen.com,achristiansen@hinckleyallen.com

- **Deborah R. Gross**
  DGross@kcr-law.com,JHannigan@kcr-law.com

- **Serena P. Hallowell**
  shallowell@labaton.com,cvillegas@labaton.com,egottlieb@labaton.com,acoquin@labaton.com,agreenbaum@labaton.com,electroniccasefiling@labaton.com,cfox@lab
  lee@labaton.com,gbuell@labaton.com,lmehringer@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com,ewierzbowski@labaton.com

- **Bailie L. Heikkinen**
  bheikkinen@rgrdlaw.com

- **Margaret A. Keeley**
  mkeeley@wc.com

- **Barry J. Kusinitz**
  bkusinitz@bdglawyers.com

- **Leslie C. Mahaffey**
  lmahaffey@wc.com

- **Robert J. Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **David A. Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Katherine M. Turner**
  kturner@wc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)